In the Matter of the Claim of HELEN C. DONDERO, Respondent, against QUEENSBORO NEWS AGENCY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 8, 1947; decided February 20, 1947.

*Bernard Katzen, General Attorney for State Insurance Fund (George J. Hayes and Victor Fiddler of counsel), and for Queensboro News, Agency, Inc., appellants.*

*Jack M. Perlman, Irving B. Cohen and Samuel Mezansky for claimant, respondent.*

Order of Appellate Division reversed and decision of Workmen's Compensation Board confirmed, without costs, upon the ground that there is evidence sufficient to support the findings made by the Board. (See Workmen's Compensation Law, § 20.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND and FULD, JJ. Dissenting and voting to affirm: THACHER and DYE, JJ. Taking no part: CONWAY, J.